(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

### for the

### Western District of New York

**FILED**
AUG 30 2021
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

Case No. **21 CV 6558**

*(to be filled in by the Clerk's Office)*

Taiwan D. Lowmack
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Byron Brown, Mayor City of Buffalo
Timonthy B. Howard (Sheriff)
Thomas Diina Supt. of Corr. & Holding Ctr.
Paul Evans former 1st Dep Supt. (see attached)
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)* (see Attached)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**JURY TRIAL:** Yes___ No ✓

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

( cont'D ) ( see attached ) 1 of 11

Taiwan lowmack

Case No. _____

Jury trail ____ yes ____ no ✓

∨

A. Harris  fromer Chief, Act. 1st Dep. supt

Lt. Sunberg, Lieutenant, Correctional Officer

P. Schein, Sgt. Correctional Officer

Melissa Himmelsbach, P.R.S Spec list

Kenneth Wells, PRS# Specalist

Tina Standford

Byron lockwood, Buffalo Police Dept. Commissioner

Robert Danner, former Det. Lieutenant, B.P.D

Patrick Boice, Lieutenant B.P.D

Sean ford, Patrol, B.P.D

Kevin Murphy, Patrol, B.P.D

Joesph Mullens, Patrol B.P.D.

G. Spelzman, Sgt. Correctional Officer

Defendants

Lt. Green Act. Chief of Operations, Correctronal

Capt. Whalen Correctional facility staff

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Taiwan lowmack, Pro-se

All other names by which you have been known:

ID Number: 57251

Current Institution: Erie County Correctional facility

Address: 11581 Walden avenue

Alden          NY     14004
*City*         *State*  *Zip Code*

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Byron Brown/City of Buffalo

Job or Title *(if known)*: Mayor

Shield Number:

Employer: County of Erie, City of Buffalo

Address: Buffalo City Hall

Buffalo          NY     14202
*City*          *State*  *Zip Code*

☒ Individual capacity   ☒ Official capacity

Defendant No. 2

Name: Timothy B. Howard

Job or Title *(if known)*: (Sheriff)

Shield Number:

Employer: County of Erie, City of Buffalo

Address: 10 Delaware ave

Buffalo          NY     14202
*City*          *State*  *Zip Code*

☒ Individual capacity   ☒ Official capacity

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name Thomas Duna

Job or Title *(if known)* Supt. of County Correctional & Holding Center

Shield Number

Employer County of Erie, City of Buffalo

Address 10 Delaware ave

Buffalo NY 14202

          *City*         *State*      *Zip Code*

☒ Individual capacity   ☒ Official capacity

Defendant No. 4

Name Alonzo Harris

Job or Title *(if known)* former Chief, Act. 1st Dep. Supt.

Shield Number

Employer County of Erie, City of Buffalo

Address 11581 Walden ave

Alden NY 14004

          *City*         *State*      *Zip Code*

☒ Individual capacity   ☒ Official capacity   (See Attachment cont'd)

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

**A.**   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

**B.**   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Due process, illegal search and seizer, Suprv. Liability

**C.**   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Section B.

1) Cruel and Unusal Punishment, Disclosure of protected and privacy infromation, invasion of privacy, false unlawful Arrest indirect Municipal Liability

B. section    Defendant No. 5

name                    Sunberg
Job or title            Lieutenant
SHield number
Employer                County of Erie, City of Buffalo
Address                 11581 Walden avenue

<u>alden</u>              <u>ny</u>              <u>14004</u>
City                    State              Zip Code
[X] individual cap.     [X] Offical cap.

Defendant No. 6

name                    M.P.Schein
Job or title            Segerent
Shield number
Employer                County of Erie, City of Buffalo
Address                 11581 Walden avenue

<u>alden</u>              <u>ny</u>              <u>14004</u>
City                    State              Zip Code
[X] individual cap.     [X] Offical cap.

Defendant No. 7

name                    paul Evans
Job or title            former 1st Dep. Supt. Act. Lieutenant
Shield number
Employer                County of Erie, City of Buffalo
Address                 ~~address~~ ~~of Erie~~ ~~County~~ 10 Delaware avenue

<u>Buffalo</u>           <u>ny</u>              <u>14202</u>
City                    State              Zip Code
[X] individual cap.     [X] Offical cap.

Defendant No. 8

name                    Mark Poloncarz
Job or title            County Executive
SHield number
Employer                County of Erie, City of Buffalo
Address                 10 Pearl street

<u>Buffalo</u>           <u>ny</u>              <u>14202</u>
City                    State              Zip Code
[X] individual cap.     [X] Offical cap.

B. Section Defendant No 9

name                    Melissa Himmelsbach
Job or title           P.R.S Specilist, DOCCS
Shield number
Employer              County of Erie, City of Buffalo
Address               PV Unit, 460 Main street
                      Buffalo            ny              14202
                      City               State           Zip Code
                      ☒ individual cap.          ☒ Offical cap.


Defendant No 10
name                  Kenneth Wells
Job or title          P.R.S Specilist, DOCCS
Shield number
Employer              County of Erie, City of Buffalo
Address               PV Unit, 460 Main street
                      Buffalo            ny              14202
                      City               State           Zip Code
                      ☒ individual cap.          ☒ Offical cap.

Defendant No. 11
name                  Tina Standford
Job or title
Shield number
Employer              State of New York
Address               The Harriman Bldg. State Office Bldg #2
                      Albany             ny              12226
                      City               State           Zip Code

Defendant No 12
name                  Byron Lockwood
Job or title          Commissoner, Buffalo Police Dept,
Shield number
Employer              County of Erie, City of Buffalo
Address               Count street
                      Buffalo            ny              14202
                      City               State           Zip Code
                      ☒ individual cap.          ☒ Offical cap.

Defendant No. 13

Name                    Robert Danner

Job or title           former Det. Lieutenant   B.P.D

Shield Number

Employer               County of Erie, City of Buffalo

Address                1847 South Park avenue

                       Buffalo            NY              14204
                       City               State           Zip Code
                       ☒ individual cap.    ☒ Offical cap.

Defendant No. 14

Names                  Patrick Boice

Job or title           Lieutenant      B.P.D

Shield number

Employer               County of Erie, City of Buffalo

Address                693 East Ferry street

                       Buffalo            ny              14207
                       City               State           Zip Code
                       ☒ individual cap.    ☒ Offical cap

Defendant No. 15

Names                  Sean ford

Job or title           Patrol Officer  B.P.D

Shield Number

Employer               County of Erie, City of Buffalo

Address                2767 Bailey avenue

                       Buffalo            ny              14215
                       City               State           Zip Code
                       ☒ individual cap.    ☒ Offical cap.

Defendant No. 16

Names                  Kevin Murphy

Job or title           Patrol Officer  B.P.D

Shield Number

Employer               County of Erie, City of Buffalo

Address                2767 Bailey avenue

                       Buffalo            ny              14215
                       City               State           Zip Code
                       ☒ individual cap.    ☒ Offical cap.

Defendant No. 17

Names   Joseph Mullens

Job or title  Patrol Officer

Shield number

Employer   County of Erie, City of Buffalo

Address   2767 Bailey ave

Buffalo   NY   14215
City   State   Zip

Defendant No. 18   ☒ individual cap,  ☒ Offical cap.

Names   G. Spielzman

Job or title   Sgt.

Shield number

Employer   County of Erie, City of Buffalo

Address   11581 Walden ave

Alden   NY   14004
City   State   Zip

Defendant No. 19

Names   Capt. Whalen

Job or title   Capt,

Shield number

Employer   County of Erie, City of Buffalo

Address   11581 Walden ave

Alden   NY   14004
City   State   Zip

Defendant No. 20   ☒ individual cap,  ☒ Offical cap.

Names   Lt. Green

Job or title   Chief of Operations

Shield number

Employer   County of Erie, City of Buffalo

Address   11581 Walden ave

Alden   NY   14004
City   State   Zip

☒ individual cap,  ☒ Offical cap,

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**D.** Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*(see attached)*

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)*   parolee

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.** If the events giving rise to your claim arose outside an institution, describe where and when they arose.

On Dec. 20, 2018 at Wakefield & Richlawn I was illegally pulled over and Arrested unlawful

**B.** If the events giving rise to your claim arose in an institution, describe where and when they arose.

Erie County Correctional facility — On May 17, 2021 — On June 25, 2021 (see attached)

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**C.**     What date and approximate time did the events giving rise to your claim(s) occur?

December 20 2018 at 11:37pm, May 17, 2021 at 5:30pm, June 25, 2021

**D.**     What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

One claim is that On Dec. 20, 2018 I was illegally pulled over By B.P.D and Officers illegally flash light in to my vehicle which is intrusion of my rights, and false Arrest by B.P.D on Dec 20, 2018 which had me incarated for 2 years and 4 months and 8 days (see attached )

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Punitive damages, emotional distress and pain and suffering, mental stress and deteriaration loss of sleep high anxiety and raised level of depression and increase in medication also of mental health meds,

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like the court to order civil monetary damages in the account and amount of 2.5 million Puniteve damages, nominal damages 5,000 and compsetory damages 100,000 for my 2 years 4 months because of mental deteriaration do to these issues and for 90 days SHU and loss of video visits etc and a $525 dollar surcharge fee and I request for declaratory relief as to procedure and policy Changes against B.P.D police and Erie County Correctional facility procedure for Administration Seg update to current laws and procedures for all Correctional facility's national wide.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Erie County Correctional facility - Delta Unit.

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

(cont'd) lot 5)

Defendant No. 13
Name                    Robert Danner
Job or title            former Det. Lieutenant   B.P.D
Shield Number
Employer                County of Erie, City of Buffalo
Address                 1847 South Park Avenue
                        Buffalo          NY              14204
                        City             State           Zip Code
                        ☒ individual cap.    ☒ Offical cap.

Defendant No. 14
Names                   Patrick Boice
Job or title            Lieutenant       B.P.D
Shield number
Employer                County of Erie, City of Buffalo
Address                 693 East Ferry street
                        Buffalo          ny              14207
                        City             State           Zip Code
                        ☒ individual cap.    ☒ Offical cap

Defendant No. 15
Names                   Sean ford
Job or title            Patrol Officer   B.P.D
Shield Number
Employer                County of Erie, City of Buffalo
Address                 2767 Bailey avenue
                        Buffalo          ny              14215
                        City             State           Zip Code
                        ☒ individual cap.    ☒ Offical cap.

Defendant No. 16
Names                   Kevin Murphy
Job or title            Patrol Officer   B.P.D
Shield Number
Employer                County of Erie, City of Buffalo
Address                 2767 Bailey avenue
                        Buffalo          ny              14215
                        City             State           Zip Code
                        ☒ individual cap.    ☒ Offical cap.

Defendant No. 17

Names    Joseph Mullens

Job or title   Patrol Officer

Shield number

Employer    County of Erie, City of Buffalo

Address    2767 Bailey ave

Buffalo    NY    14215
City    State    Zip

Defendant No. 18    ☒ individual cap,   ☒ Offical cap.

Names    G. Spielzman

Job or title    Sgt.

Shield number

Employer    County of Erie, City of Buffalo

Address    11581 Walden ave

Alden    NY    14004
City    State    Zip

Defendant No. 19

Names    Capt. Whalen

Job or title    Capt,

Shield number

Employer    County of Erie, City of Buffalo

Address    11581 Walden ave

Alden    NY    14004
City    State    Zip

Defendant No. 20    ☒ individual cap,   ☒ Offical cap.

Names    Lt. Green

Job or title    Chief of Operations

Shield number

Employer    County of Erie, City of Buffalo

Address    11581 Walden ave

Alden    NY    14004
City    State    Zip

☒ individual cap.   ☒ Offical cap,

**D.**   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

(see attached)

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)*   parolee

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.**   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

On Dec. 20, 2018 at Wakefield & Richlawn I was illegally pulled over and arrested unlawfully

**B.**   If the events giving rise to your claim arose in an institution, describe where and when they arose.

Erie County Correctional facility — On May 17, 2021
— On June 25, 2021
(see attached)

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**C.** What date and approximate time did the events giving rise to your claim(s) occur?

December 20 2018 at 11:37pm, May 17, 2021 at 5:30pm, June 25, 2021

**D.** What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

One claim is that On Dec. 20, 2018 I was illegally pulled over By BPD and Officers illegally flash light in to my vehicle which is intrusion of my rights, and false Arrest by BPD on Dec 20, 2018 which had me incarated for 2 years and 4 months and 8 days (see attached)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Punitive damages, emotional distress and pain and suffering, mental stress and deteriaration loss of sleep high anxiety and raised level of depression and increase in medication also of mental health meds,

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like the court to order civil monetary damages in the account and amount of 2.5 million Punitive damages, nominal damages 5,000 and compesetory damages 100,000 for my 2 years 4 months because of mental deteriaration do to these issues and for 90 days SHU and logs of video visits etc and a $525 dollar surcharge fee and I request for declaratory relief as to procedure and policy changes against B.P.D police and Erie County Correctional facility procedure for Administration Seg update to current laws and procedures for all Correctional facility's national wide.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

**A.**  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Erie County Correctional facility - Delta Unit.

**B.**  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

**C.**  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**D.**   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

**E.**   If you did file a grievance:

1.   Where did you file the grievance?

_____ I didn't file a grievance _____

2.   What did you claim in your grievance?

_____ none _____

3.   What was the result, if any?

_____ none _____

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

_____ it's not grievable under rulers of the process. _____

**D.**   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

**E.**   If you did file a grievance:

1.   Where did you file the grievance?

I didn't file a grievance

2.   What did you claim in your grievance?

3.   What was the result, if any?

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

it's not grievable under rulers of the process.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**F.**   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

rulers doesnt allow it.

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I wrote tina stanford at DOCCS / parole administrator

**G.**   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I appealed the disciplinary report to Chief Administration Officer,

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐  Yes

☒  No

B.     If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐  Yes

☐  No

If no, give the approximate date of disposition. _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**IX.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.      For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff        _____

Printed Name of Plaintiff     _____

Prison Identification #       _____

Prison Address                _____

                              _____
                                   *City*              *State*      *Zip Code*

**B.      For Attorneys**

Date of signing: _____

Signature of Attorney         _____

Printed Name of Attorney      _____

Bar Number                    _____

Name of Law Firm              _____

Address                       _____

                              _____
                                   *City*              *State*      *Zip Code*

Telephone Number              _____

E-mail Address                _____

Print     Save As...     Add Attachment     Reset

**JS 44** (Rev. 04/21) **CIVIL COVER SHEET**

1 of 2 pgs

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Taiwan D. Lowmack

**DEFENDANTS** Byron Brown, Mayor; City of Buffalo, Timothy Howard (Sheriff), Thomas Dina (Supt), Paul Evans former 1st Dep.Supt.

**(b)** County of Residence of First Listed Plaintiff Erie
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Erie
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

21 CV 6558

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | | ☐ 840 Trademark ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending ☐ 380 Other Personal | **LABOR** | Act of 2016 | (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | Property Damage | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty **Other:** | **IMMIGRATION** | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other ☒ 550 Civil Rights | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION** (see attached)

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C 1331, 42 USC S 1983

Brief description of cause:
False arrest, Due process, Cruel an unusual Punishment, Disclosure of privacy

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 2.5 million $100,000, 5,000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*:
JUDGE Wolford          DOCKET NUMBER 13 CV 6113

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

Civil cover sheet cont'D        (2 of 2 pgs)

Plaintiff(s)                    Capt. Whalen          Defendant(s)
Taiwan D. Lowmack                  Alonzo Harris, former Cheif
                                Act. 1st Dep. Supt. Correctional facility
                                   Sunberg, Lieutenant Correctional Off.
                                P. Schein, Sgt. Correctional Officer
                                Mark Poloncarz, County Executive
                                Melissa Himmelsbach, DOCCS, PRS
                                   Specialist,
                                Kenneth Wells DOCCS, PRS specialist
                                Tina Standford
                                Byron lockwood B.P.D. Commissioner
                                Robert Danner former Detective, Act.
                                Lieutenant
                                Patrick Boice, Lieutenant, B.P.D
                                Sean ford, B.P.D Patrol Officer
                                Kevin Murphy B.P.D Patrol Officer
                                Joesph Mullens B.P.D Patrol Officer
                                G, Spielzman, Sgt Correctional Officer
(see attached)                  Lt. Green, Act. Chief of Operations
    VI. Cause of Action         Brief discription of cause
                                   illegal search and seizer,
                                      Supv. Liability, invasion of privacy.

Erie County Correctional Facility
11581 Walden Avenue
Alden, NY 14004
Tarwan Townsend #57251

USDC-WDNY
AUG 30 2021
BUFFALO

No
Funds
Were
Enclosed

United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY 14202

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| Postage | $ | 1.80 |
|---|---|---|
| Certified Fee | | 3.60 |
| Return Receipt Fee (Endorsement Required) | | 3.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 8.05 |

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006          See Reverse for Instructions

7010 1870 0003 0389 1552
7010 1870 0003 0389 1552

CERTIFIED MAIL™



PITNEY BOWES
02 7H
0001310
MAILED